## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**STEVEN D. WILLIAMS**                                    **CIVIL ACTION**

**VERSUS**                                                        **NO. 15-2235**

**DARRYL VANNOY**                                      **SECTION: "J"(3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner Steven D. Williams' objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Steven D. Williams is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __25th__ day of _____May_____, 2017.


_____
UNITED STATES DISTRICT JUDGE